UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FOUNDATION SOURCE PHILANTHROPIC SERVICES INC.**, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ARLENE B. GIBSON**, an Individual doing business as **FOUNDATIONS THAT MAKE A DIFFERENCE**,<br><br>Defendant. | Civil Case No. CV08-0004 TC<br><br>**ORDER TO UNLOCK DOMAIN NAME**<br><br>**TRADEMARK CASE** |

Upon the Unopposed Motion of Plaintiff, and in order for Defendant to comply with the terms of a Settlement Agreement between the parties dated February 11, 2008,

IT IS HEREBY ORDERED that:

1. Register.com shall unlock the domain name <foundationsource.org> ("Domain Name") solely to permit the Defendant to transfer the content of the website to a new domain and to transfer of all right, title and control of the Domain Name to Foundation Source Philanthropic Services, Inc.;

2. Defendant's access and use of the subject domain name is permitted solely for purposes of compliance with the parties' Settlement Agreement;

3. Defendant shall not modify or alter in any way, the content on the <foundationsource.org> webpage, except to remove such content in its entirety; and

Page 1 - ORDER TO UNLOCK DOMAIN NAME

Exhibit A
to Unopposed Motion for Limited
Unlocking of Domain Name
Page 1 of 2

4. Defendant shall not transfer or assign rights to the Domain Name to any party other than Plaintiff.

Dated: 3/14/08

Eugene, Oregon:

_____
Thomas M. Coffin
United States Magistrate Judge